**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michelle WING, Defendant–Appellant.**

No. 08–30228.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 20, 2009.*

Filed Sept. 3, 2009.

Kris Allen McLean, Esquire, Assistant U.S., USMI–Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

John Rhodes, Esquire, Assistant Federal Public Defender, FDMT–Federal Defenders of Montana, Missoula, MT, for Defendant–Appellant.

Michelle Wing, Seattle, WA, pro se.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

**MEMORANDUM ***

Michelle Wing appeals from the district court's judgment revoking her supervised release and imposing a 3–month sentence of imprisonment, plus a new 33–month term of supervised release. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Wing's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**